## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-21974-JAL

WINDY LUCIUS,

      Plaintiff,

v.

DOONEY & BOURKE, INC.,

      Defendant.

_____/

## **NOTICE OF SETTLEMENT**

Defendant Dooney & Bourke, Inc. ("Defendant"), by and through its undersigned counsel, hereby gives the Court notice that Plaintiff, Windy Lucius and Defendant have reached a resolution in this matter.  The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

Dated July 21, 2020.            Respectfully submitted,

                          */s/ Beth S. Joseph*_____
                          Anne Marie Estevez
                          Florida Bar No. 991694
                          Email: anne.estevez@morganlewis.com
                          Beth S. Joseph
                          Florida Bar No. 0062952
                          Email: beth.joseph@morganlewis.com
                          Morgan, Lewis & Bockius LLP
                          200 South Biscayne Boulevard
                          Suite 5300
                          Miami, FL 33131-2339
                          Telephone: 305.415.3330
                          Facsimile: 877.432.9652

                          *Counsel for Defendant*

## **CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

I hereby certify that on July 21, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Beth S. Joseph*
Beth S. Joseph

## **SERVICE LIST**

J. Courtney Cunningham, Esq.
J. Courtney Cunningham, PLLC
8950 SW 74th Court
Suite 2201
Miami, FL 33156
Telephone: 305.351.2014
cc@cunninghampllc.com
**VIA CM/ECF**

*Counsel for Plaintiff*