UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-CV-21974-JAL

WINDY LUCIUS,

    Plaintiff,

v.

DOONEY & BOURKE, INC.,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL**

    Plaintiff, Windy Lucius ("Plaintiff") and Defendant Dooney & Bourke, Inc. ("Defendant") (Plaintiff and Defendant are collectively, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of all of Plaintiff's claims in the action *with* prejudice. The Parties shall bear their own attorneys' fees, costs, and expenses. A copy of the Order of Dismissal with Prejudice is attached hereto as Exhibit "A". All Parties consent to the form and content of this Stipulation and Order.

| | |
|---|---|
| Dated October 16, 2020. | Respectfully submitted, |
| /s/ J. Courtney Cunningham | /s/ Beth S. Joseph |
| J. Courtney Cunningham, PLLC | Anne Marie Estevez |
| 8950 SW 74th Court | Florida Bar No. 991694 |
| Suite 2201 | Email: annemarie.estevez@morganlewis.com |
| Miami, FL 33156 | Beth Joseph |
| (305) 351-2014 | Florida Bar No. 0062952 |
| Email: cc@cunninghampllc.com | Email: beth.joseph@morganlewis.com |
| | Morgan, Lewis & Bockius LLP |
| *Counsel for Plaintiff* | 200 South Biscayne Boulevard |
| | Suite 5300 |
| | Miami, FL 33131-2339 |
| | Telephone: 305.415.3330 |
| | Facsimile: 877.432.9652 |
| | *Counsel for Defendant* |

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on October 16, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Beth S. Joseph*
Beth S. Joseph

## **SERVICE LIST**

J. Courtney Cunningham, PLLC
8950 SW 74th Court
Suite 2201
Miami, FL  33156
(305) 351-2014
Email: cc@cunninghampllc.com

*Counsel for Plaintiff*

DB1/ 116564425.1